211 West Fort Street  
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Michigan

Case No.: 10−69543−tjt  
Chapter: 7

In Re: (NAME OF DEBTOR(S))  
  Norman A. Martin                                  Dawn M. Martin  
  20498 Kinloch                                        fka Dawn M. Blankenbaker  
  Redford, MI 48240                               20498 Kinloch  
                                                               Redford, MI 48240

Social Security No.:  
  xxx−xx−1981                                         xxx−xx−1144  
Employer's Tax I.D. No.:

## NOTICE OF MISSING DOCUMENTS

To the Debtor(s) and Debtor(s) attorney:

Notice is hereby given that the following documents(s) must be filed within **14** days from the date the bankruptcy petition was filed:

- ☐ Declaration and Signature of Non−Attorney Bankruptcy Petition Preparer (Form 19)
- ☑ Attorney Disclosure of Compensation Statement            ☐ Schedule B
- ☐ Certificate of Budget and Credit Counseling                 Schedule C:
- ☑ Chapter 7 Means Test (Form 22 A)                           ☐ Debtor
- ☐ Declaration Under Penalty of Perjury for Debtor(s) Without an Attorney    ☐ Joint Debtor
- ☐ Application to Pay the Filing Fee in Installments              ☐ Schedule D
- ☐ Tax ID                                                            ☐ Schedule E
- ☑ Statistical Summary of Certain Liabilities                   ☐ Schedule F
- ☑ Statement of Financial Affairs                               ☐ Schedule G
- ☑ Declaration Concerning Debtor's Schedules               ☐ Schedule H
- ☑ Summary of Schedules                                       ☐ Schedule I
- ☑ Schedules A−J                                                   ☐ Schedule J
- ☐ Schedule A

The missing document(s) must be filed on or before **10/8/10** .

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE:** If you fail to timely comply with the requirements set forth above, the case may be dismissed.

Dated: 9/27/10

                                                        BY THE COURT

                                                        Katherine B. Gullo , Clerk of Court
                                                        U.S. Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0645-2          User: cmars              Page 1 of 1              Date Rcvd: Sep 27, 2010
Case: 10-69543                Form ID: defch7          Total Noticed: 1
```

The following entities were noticed by first class mail on Sep 29, 2010.
db/jdb       +Norman A. Martin,   Dawn M. Martin,   20498 Kinloch,   Redford, MI 48240-1115

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 29, 2010**                    **Signature:**    *Joseph Speetjens*