# United States Bankruptcy Court
### Eastern District of Michigan

In re: Norman A. Martin, Dawn M. Martin, Debtor(s)

Case No. 10-69543-TJT
Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. 1

| | |
|---|---|
| **Creditor's Name:** Fidelity Investments | **Describe Property Securing Debt:** Employer's 401(k) plan |

Property will be (check one):
- ☒ Surrendered
- ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☒ Claimed as Exempt
- ☐ Not claimed as exempt

B8 (Form 8) (12/08)     Page 2

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Michigan First Credit Union | **Describe Property Securing Debt:**<br>2009 Town & Country Minivan<br>Location: 20498 Kinloch, Redford MI 48240 |

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt
- ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date September 29, 2010     Signature /s/ Norman A. Martin
                                      Norman A. Martin
                                      Debtor

Date September 29, 2010     Signature /s/ Dawn M. Martin
                                      Dawn M. Martin
                                      Joint Debtor