**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**COVER SHEET FOR AMENDMENTS**

CASE NAME:      Norman A. Martin and  Dawn M. Martin
CASE NUMBER:    10-69543-TJT

The enclosed documents amend the petition, schedule, statement of financial affairs, statement of income and expenses, matrix or summary of assets and liabilities.

**The purpose of this amendment is to:**

[]   ADD CREDITORS TO SCHEDULE(S)
          HOW MANY?
          (USE SECOND PAGE OF THIS FORM TO LIST CREDITORS ADDED)

[X]  **$26.00 Amendment Fee.**  This fee is required whenever you add creditors to a case, delete creditors, change the amount of a debt or change the classification of a debt.  The fee is not required when correcting addresses of previously listed creditors.  It is not required when new schedules are filed in a converted case.

[]   Correct the addresses of creditors already listed on the schedules and matrix previously filed. (Use second page of this form).

[X]  OTHER. (Provide detail of Amendment) To amend matrix to include creditors listed on the schedules but not previously listed on the matrix.

[]   **Amended schedules and list of creditors.**  Schedules must be verified by the debtor(s).

[]   **Amend Matrix.**  Please do not send a matrix adding creditors to a case unless you also send the amended schedules.  Do not send a new matrix to correct an address.  Use the second page of this form. Pursuant to E.D. Mich. LBR 1007-2 & 1009-1 an amendment to a matrix filed by a debtor without an attorney must have a complete paper copy attached to this form.  Electronic filers must upload creditors to the ECF system.

NOTE:  E.D. Mich. LBR 1009-1(b) requires the debtor to serve a copy of the amendment and the statement of purpose on the trustee and all other entities affected by the amendment.

**CORRECTIONS AND ADDITIONS TO MAILING MATRIX**

Use this section of the form to make corrections to the names and addresses of any creditors or parties in interest who are listed on the current matrix of the case.

NAME OF CREDITOR (As it now appears)

**Previous address:**
Please change to:

NAME OF CREDITOR (As it now appears)

**Previous address:**
Please change to:


NAME OF CREDITOR (As it now appears)

**Previous address:**
Please change to:

Use this section of the form to **IDENTIFY** creditors added to the schedules and matrix.

NAME OF CREDITOR

NAME OF CREDITOR

NAME OF CREDITOR

NAME OF CREDITOR

NAME OF CREDITOR

FOR ADDITIONAL CHANGES COPY THIS SHEET AND CONTINUE

   /s/ Charles J. Schneider
CHARLES J. SCHNEIDER (P27598)
MELISSA A CAOUETTE (P62729)
LISA M. NEDZLEK (P71407)
RYAN E. LADLEY (P72694)
Attorneys for Debtor(s)
39319 Plymouth Rd., Ste. 1
Livonia, MI 48150
(734) 591-4890
notices@cschneiderlaw.com

I/We do hereby affirm under penalty of perjury that I/we have read the foregoing form, *Cover Sheet for Amendments,* and all pleadings and attachments thereto, and do hereby affirm that the information contained herein is true and accurate to the best of my knowledge, information and belief.

   /s/ Norman A. Martin


   /s/ Dawn M. Martin

Dated: November 9, 2010

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:

    Norman A. Martin
    Dawn M. Martin

                                     Case No. 10-69543-TJT
                                     Chapter 7
                                     HON. Thomas J. Tucker

                Debtor(s).
_____/

**AFFIRMATION BY DEBTOR(S)**

    I/We do hereby swear and affirm under penalty of perjury that I/we have read the foregoing form and all pleadings and attachments thereto and do hereby swear and affirm that the information contain herein is true and accurate to the best of my knowledge, information and belief.

                                                              /s/ Norman A. Martin

                                                              /s/  Dawn M. Martin

Dated: November 9, 2010

IN RE:

    Norman A. Martin
    Dawn M. Martin

                                      Case No. 10-69543-TJT
                                      Chapter 7
                                      HON. Thomas J. Tucker

XXX-XX-1981
XXX-XX-1144
        Debtor(s).
_____/

### NOTICE OF EXTENSION OF TIME PURSUANT TO E.D. Mich. LBR 1009-1(d)

    PLEASE TAKE NOTICE that pursuant to E.D. Mich. LBR 1009-1(d), if an amendment adding a creditor is filed after 10 days prior to the commencement of the meeting of creditors, the deadlines under F.R.Bankr.P. 4007 and F.R.Bankr.P. 4004 for the filing of complaints under §523 or §727, and the deadline under F.R.Bankr.P. 4003(b) to object to the Debtors'('s) claim of exemptions, are extended to allow the added creditor the same number of days in which to file such a complaint or objection as the creditor would have had if the creditor had been properly scheduled when the order for relief was entered; The creditor added by the amendment shall be entitled to examine the debtor under oath with any reasonable expense to be born by the debtor(s).

    PLEASE TAKE FURTHER NOTICE that adding a creditor's name to a schedule does not necessarily affect whether the debt owed to the creditor was, is, or will be discharged in the present case. A determination from this Court regarding the dischargeability of the debt of an added creditor shall be sought in an adversary proceeding under 11 U.S.C. §523(a)(3).

                                                          /s/ Charles J. Schneider
                                                     CHARLES J. SCHNEIDER (P27598)
                                                     MELISSA A. CAOUETTE (P62729)
                                                     LISA M. NEDZLEK (P71407)
                                                     RYAN E. LADLEY (P72694)
                                                     Attorneys for Debtor(s)
                                                     39319 Plymouth Rd., Ste. 1
                                                   Livonia, MI 48150
                                                   (734) 591-4890
                                                   notices@cschneiderlaw.com

Dated: November 9, 2010

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

IN RE:

    Norman A. Martin
    Dawn M. Martin

                               Case No. 10-69543-TJT
                               Chapter 7
                               HON. Thomas J. Tucker

              Debtor(s).
_____/

**PROOF OF SERVICE**

    GINA HUNTER, certifies that she is employed by the Law Office of Charles J. Schneider, attorney for Debtor(s), and says that on <u>November 9, 2010</u>, she served a copy of COVERSHEET FOR AMENDMENTS, NOTICE OF EXTENSION OF TIME PURSUANT TO E.D. Mich. LBR 1009-1(d), DECLARATION CONCERNING DEBTOR(S) SCHEDULES, and NOTICE OF COMMENCEMENT OF CASE to:

| | | |
|---|---|---|
| Norman A. Martin<br>Dawn M. Martin<br>19831 Melvin<br>Livonia, MI 48152 | United States Trustee<br>211 W. Fort Street<br>Suite 700<br>Detroit, MI 48226 | Charles Taunt<br>Chapter 7 Trustee<br>700 East Maple Road Second Floor<br>Birmingham, MI 48009 |
| Charter One Bank<br>Attn: Officer for receipt of Process<br>33333 W 12 Mile Rd.<br>Farmington, MI 48334 | City of Livonia<br>Attn: Officer for receipt of Process<br>33000 Civic Center Drive<br>Livonia, MI 48154 | Consumer Energy<br>530 W. Willow<br>Box 30162<br>Lansing, MI 48909 |
| DTE Energy<br>Attn: Officer for Receipt of Process<br>One Energy Plaza<br>2160 WCB<br>Detroit, MI 48260-0001 | DTE Energy<br>Attn: Officer for receipt of Process<br>3200 Hobson<br>Noble Basement<br>Detroit, MI 48201 | Fidelity Investments<br>Attn: Officer for receipt of Process<br>Institutional Operations<br>82 Devonshire Street KW1C<br>Boston, MA 02109 |

Norman A. Martin
1132 Hidden Bluff
Clermont, FL 34711

Electronically pursuant to the court notice of service and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the U.S. Mail with postage prepaid.

                                                      /s/ Gina Hunter
                                                      GINA HUNTER
                                                      LAW OFFICE OF CHARLES J. SCHNEIDER, P.C.
                                                      39319 Plymouth Road, Ste. 1
                                                      Livonia, MI 48150
                                                      (734) 591-4890
                                                      notices@cschneiderlaw.com

Charter One Bank
Attn: Officer for receipt of Process
33333 W 12 Mile Rd.
Farmington, MI 48334

City of Livonia
Attn: Officer for receipt of Process
33000 Civic Center Drive
Livonia, MI 48154

Consumer Energy
530 W. Willow
Box 30162
Lansing, MI 48909

DTE Energy
Attn: Officer for Receipt of Process
One Energy Plaza
2160 WCB
Detroit, MI 48260-0001

DTE Energy
Attn: Officer for receipt of Process
3200 Hobson
Noble Basement
Detroit, MI 48201

Fidelity Investments
Attn: Officer for receipt of Process
Institutional Operations
82 Devonshire Street KW1C
Boston, MA 02109

Norman A. Martin
1132 Hidden Bluff
Clermont, FL 34711